# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kody James Moon**; DOB: 1991; United States Citizen<br>**Lisette Rubio**; DOB: 2000; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07173MJ |
| Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 16, 2021, in the District of Arizona, **Kody James Moon and Lisette Rubio**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Luis Edwardo Hernandez-Garcia and Leiter Yonatan Sis-Perez, and did so placing in jeopardy the life of any person; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(iii).

**COUNT 2 (Felony)** On or about April 16, 2021, in the District of Arizona, **Kody James Moon and Lisette Rubio**, knowing and in reckless disregard of the fact that certain illegal aliens, including Luis Edwardo Hernandez-Garcia and Leiter Yonatan Sis-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about April 16, 2021, in the District of Arizona (Picacho), Arizona Department of Public Safety (DPS) initialed a stop on a vehicle for a traffic violation — tinted windows. The vehicle fled and led DPS on a high speed chase with speeds of up to 120 miles per hour. During the pursuit the vehicle exited and briefly stopped, where the front seat passenger, later identified as Lisette Rubio, exited. When the vehicle accelerated Rubio was still partially in the vehicle and she was knocked to the ground and sustained minor injuries. The vehicle eventually crashed into a guard rail and the driver, later identified as Kody James Moon, was taken into custody. Two other occupants were located in the vehicle and were later determined to be non-citizens.

Material witnesses Luis Edwardo Hernandez-Garcia and Leiter Yonatan Sis-Perez admitted they crossed the U.S. border illegally. Herandez-Garcia said he called "someone" to arrange for a ride. The Material Witnesses said that a woman driving a four-door sedan arrived with a male passenger. The woman spoke to them in Spanish telling them to get into the car. The Material Witnesses said the driver pulled over and switched with the male passenger. The Material Witnesses said that when the police attempted to pull them over the male driver refused to pull over. The Material Witnesses said they asked the driver to let them out, but he refused and locked the doors. Hernandez-Garcia said they were not wearing seatbelts. Sis-Perez said that the female passenger asked to get out of the car and she exited from the passenger area while the vehicle was still moving. Hernandez-Garcia said that the woman who was originally driving had an eye piercing and the male passenger, later driver, had a tattoo of stiches near his lip.

**CONTINUED FROM TO THE BACK**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Luis Edwardo Hernandez-Garcia and Leiter Yonatan Sis-Perez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/mh | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Special Agent – Homeland Security Inv. |
|---|---|
| Sworn by telephone _x_ ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 19, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**CONTINUED FROM THE FRONT:**                                                                 21-07173MJ

During a post-Miranda interview, Lisette Rubio stated she met Moon (who called himself "Canelo") at a gas station near Nogales, Arizona, and that Moon asked for a ride to Phoenix, Arizona. Rubio then started to talk about how she wanted to leave the vehicle during the pursuit. Rubio then gave confusing and conflicting statement about her travel between Nogales and Phoenix, Arizona. Rubio eventually gave a statement that she took a bus towards Nogales and then took a ride from Moon, to get back to Phoenix. Rubio said that Moon had already has the two other subjects in the vehicle when she accepted the ride. When agents confronted Rubio about her confusing timeline she changed her story that she travelled with a male subject to Nogales. Rubio continued to provide conflicting times and when she was confronted again asked to provide truthful statements she said she felt pressured and did not want to talk anymore. [**AGENT NOTE:** RUBIO made statements that she wanted to know what MOON was saying and that she was worried that he would blame everything on her, which is typical with parties that work together and are worried about what the other is saying not in their presence.]

During a post-Miranda interview, Kody James Moon stated that he freaked out when was being pulled over because he, "didn't want to go back to jail." Moon stated that he was violating his probation because he did not notify his probation officer of leaving the county. Moon said that Rubio kept telling him to pull over but that he didn't listen to her and that he could not understand what the subjects were saying in the backseat. When Moon was asked to provide travel details, he said that he took the shuttle down to Phoenix, later clarifying from Phoenix to Valencia Road in Tucson, Arizona. Moon said that he met with Rubio at a gas station where he asked for a cigarette and then later offered $40 dollars for a ride back to Phoenix. Moon stated after a while they stopped and Rubio asked for him to drive, which he agreed. Moon further stated again that during the pursuit, Rubio asked for him to stop but he did not want to pull over. Moon said that when he met up with Rubio at the gas station, the other two subjects were already inside the car. Moon stated that Rubio and him did not discuss the other people in the car. Moon asked about what Rubio was saying about him, which is typical when parties are concerned what others are saying not in their presence. Moon then started to talk about the pursuit again and he was desperate to get away, and that during the crash he remembered seeing a "Mexicans dudes face hit the dashboard and bounce off." Moon was asked if he knows anything else and he apologized for causing problems and he had no further information to provide.

Later, Rubio reapproached and said she wanted to talk with investigators. Rubio was re-read Miranda and again signed that she was willing to interview without a lawyer present. Rubio stated that she and Moon have a common friend that called her the day before and made plans to pick up the non-citizens. Rubio states that her sister dropped her off at a gas station and that Moon and the car where already there waiting. Rubio stated that she drove to a gas station near a waffle house and Circle K on Grant street and switched driver's seats with Moon. Rubio said that Moon contacted the contact of the coordinator in Mexico that was coordinating the smuggling activity, and the coordinator provided a cellular number for the non-citizens waiting to be picked up. Rubio further stated that she called the non-citizens and told them to get into the car. Rubio stated that she was unaware of payment amounts or where they were headed, that Moon had all those details. During the pursuit, Rubio stated she asked multiple times for Moon to stop the car but he would not listen.